# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOHNNY EARL SCOTT, JR.**	PLAINTIFF

v.	No. 4:17-cv-695-DPM-PSH

**DOC HOLLADAY***	DEFENDANT

## ORDER

On *de novo* review, the Court partly adopts and partly declines the recommendation, № 6, and mostly overrules Scott's objections, № 7. FED. R. CIV. P. 72(b)(3). The Court adopts the recommendation as to Scott's allegations about his TB test and the toilet. Those claims are dismissed without prejudice for failure to state a claim. The Court declines without prejudice the recommendation on the staffing issue. Scott's objection raises new facts to argue that he was subjected to a substantial risk of serious harm—he says he was beaten up by another inmate because there weren't enough guards around. № 7. The Court therefore refers the staffing claim back to Magistrate Judge Harris for further consideration and another recommendation, if appropriate.

---

* The Court directs the Clerk to further correct the style. Holladay is the Pulaski County Sheriff. He's responsible for the Pulaski County Regional Detention Facility, but there's no need for that information to be in the style of the case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*19 January 2018*