IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY EARL SCOTT JR.                                                    PLAINTIFF

v.                          No: 4:17-cv-00695 PSH

DOC HOLLADAY                                                             DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 29th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE