# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHNNY EARL SCOTT JR.**                                                   **PLAINTIFF**

v.                               **No: 4:17-cv-00695 PSH**

**DOC HOLLADAY**                                                         **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 9th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE